IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L CHAO, | No   C-06-4668 - VRW |
|     Plaintiff, | ORDER |
|     v | |
| LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | |
|     Defendant. | |

On October 31, 2006, defendant Local 10, International Longshore and Warehouse Union failed to attend the scheduled case management conference in this matter.  Accordingly, the court ORDERS defendant to SHOW CAUSE, in a writing not to exceed five pages, why the court should not enter judgment by default pursuant to FRCP 55(a).  Defendant should file its response to this order no later than November 14, 2006.

//

//

1       In the event defendant shows cause why default should not
2 be entered, the court will conduct a case management on November
3 28, 2006, at 9:00 am.

5       IT IS SO ORDERED.

                                VAUGHN R WALKER
                                United States District Chief Judge