SCOTT N. SCHOOLS (SC 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6996
    FAX: (415) 436-6748

Attorneys for Plaintiff

BETH A. ROSS (SBN 141337)
JACOB F. RUKEYSER (SBN 233781)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone: (415) 771-6400
Facsimile: (415) 771-7010

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, U.S. Department of Labor, <br><br>    Plaintiff, <br><br>v. <br><br>LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, <br><br>    Defendant. | No. 06-4668 VRW <br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE AND CONTINUING HEARING DATE ON CROSS-MOTIONS FO SUMMARY JUDGMENT ; MODIFIED BY COURT** |

    IT IS HEREBY STIPULATED and jointly requested, by and between the parties hereto, through their undersigned counsel, that the briefing schedule for cross-motions for summary judgment be amended as set forth below, and that the summary judgment motion hearing be continued from September 6, 2007 until September 27, 2007. The parties' stipulation and joint

STIPULATION AND [PROPOSED] ORDER
No. C 06-4668 VRW

request is based on the following:

1. On March 13, 2007, the Court held a Further Case Management Conference and set a Summary Judgment motion hearing for September 6, 2007 at 2:00 p.m. At that time the parties advised the Court that they would agree on a briefing schedule for cross-motions for summary judgment. Accordingly, on April 20, 2007, Plaintiff's Counsel wrote to advise the Court that the parties had agreed to the following briefing schedule:

| | |
|---|---|
| July 5, 2007: | Plaintiff's Motion for Summary Judgment |
| July 30, 2007: | Defendant's Opposition and Cross-Motion for Summary Judgment |
| August 13, 2007: | Plaintiff's Reply and Opposition to Cross-Motion |
| August 23, 2007: | Defendant's Reply |

2. Due to a death in the family, Plaintiff's Counsel has been unavailable from June 19 through July 1. In addition, Plaintiff's Counsel now has a scheduling conflict with the September 6, 2007 hearing date. Plaintiff's Counsel is counsel of record in an action pending in the Central District of California entitled <u>Deborah Valenzuela v. Henry Paulson</u>, No. CV 06-1960 PSG (AJWx). On June 22, 2007, the Court in the <u>Valenzuela</u> case continued the 7-day jury trial until September 4, 2007.

3. Based on the foregoing, the parties respectfully request that the briefing schedule be amended as follows:

| | |
|---|---|
| July 16, 2007: | Plaintiff's Motion for Summary Judgment |
| August 13, 2007: | Defendant's Opposition and Cross-Motion for Summary Judgment |
| August 27, 2007: | Plaintiff's Reply and Opposition to Cross-Motion |
| September 10, 2007: | Defendant's Reply |

In addition, the parties respectfully request that the Summary Judgment hearing be continued until September 27, 2007 at 2:00 p.m.

4. The parties are not seeking continue any of the other case management dates in the November 28, 2006 Civil Minute Order. A trial date has not been set in this case.

\\

\\

STIPULATION AND [PROPOSED] ORDER
No. C 06-4668 VRW                    2

DATED: July 2, 2007          SCOTT N. SCHOOLS
                             United States Attorney


                             _____/s/_____
                             STEVEN J. SALTIEL
                             Assistant United States Attorney


DATED: July 2, 2007          LEONARD CARDER, LLP


                             _____/s/_____
                             PHIL A. THOMAS
                             Attorneys for Defendant


## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the briefing schedule for cross-motions for summary judgment previously agreed to by the parties is amended as followed:

| Date | |
|---|---|
| **July 26, 2007** ~~July 16, 2007~~ | Plaintiff's Motion for Summary Judgment |
| **Aug 16, 2007** ~~August 13, 2007~~ | Defendant's Opposition and Cross-Motion for Summary Judgment |
| **Sept 6, 2007** ~~August 27, 2007~~ | Plaintiff's Reply and Opposition to Cross-Motion |
| **Sept 20, 2007** ~~September 10, 2007~~ | Defendant's Reply |

The hearing on the cross-motions for summary judgment is continued until ~~September 27, 2007 at 2:00 p.m.~~ **October 11, 2007** **at 2:00 p.m.**

**Pretrial Conference continued from October 2, 2007 to November 6, 2007 at 9:00 a.m.**

DATED: 7/11/2007

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Vaughn R Walker
HON. VAUGHN R. WALKER
United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. C 06-4668 VRW                    3