IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L CHAO, Secretary of Labor, US Department of Labor,<br><br>      Plaintiff,<br><br>      v<br><br>LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>      Defendant.<br>_____/ | No   C 06-4668 VRW<br><br>ORDER |

On October 30, 2007, plaintiff submitted a proposed form of judgment (Doc #38) pursuant to the court's order granting summary judgment (Doc #35 at 20).

Defendant is hereby ORDERED to submit its objections to plaintiff's proposal not later than noon on November 2, 2007.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge