JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    Facsimile:  (415) 436-6748
    E-mail:     sara.winslow@usdoj.gov

Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, U.S. Department of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>    Defendant. | No. C 06-4668 VRW<br><br>**NOTICE OF FILING CERTIFICATION OF ELECTION & DECLARATION OF PATRICIA FOX; [PROPOSED] ORDER** |

      Plaintiff, the Secretary of Labor, hereby gives notice that she is today filing a Certification of Election and accompanying Declaration of Patricia Fox in the above-captioned case, in order to notify the Court and the Defendant of the outcome of the supervised election held in accordance with the Court's November 5, 2007 Judgment (Dkt. No. 43) in the above-captioned

1 | case. The Certification of Election and Fox Declaration are also being filed in related case no.
2 | 07-2763.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 7, 2008       By:      /s/
SARA WINSLOW
Assistant United States Attorney

## [PROPOSED] ORDER

In light of the Certification of Election filed by Plaintiff, it is HEREBY ORDERED, ADJUDGED AND DECREED that the following named candidates have been duly elected to the designated offices of Defendant Local 10, International Longshore and Warehouse Union:

| | |
|---|---|
| Harold Brinkley | Vice President |
| Trent Willis | Business Agent |
| Frank Gaskin | Business Agent |
| Clarence Thomas | Trustee |
| Aaron Wright | Trustee |
| Lawrence Thibeaux | Trustee |
| Bryant Geter | Trustee |
| Norman Babin | Trustee |
| Michael Villeggiante | Executive Board |
| Frank Gaskin | Executive Board |
| Henry Pellom | Executive Board |
| George Galarza Jr. | Executive Board |

| | | |
|---|---|---|
| 1 | Steve Fyten | Executive Board |
| 2 | Byron Moore | Executive Board |
| 3 | Trent Willis | Executive Board |
| 4 | Lonnie Francis | Executive Board |
| 5 | Jack Heyman | Executive Board |
| 6 | Clarence Thomas | Executive Board |
| 7 | David Nelson | Executive Board |
| 8 | Lawrence Thibeaux | Executive Board |
| 9 | James Blackwell | Executive Board |
| 10 | Keith Hamilton | Executive Board |
| 11 | Lamont Kelly | Executive Board |
| 12 | Eric Villeggiante | Executive Board |
| 13 | David Loville | Executive Board |
| 14 | Vanetta Hamlin | Executive Board |
| 15 | Deadre Whitten | Executive Board |
| 16 | Victor Brooks | Executive Board |
| 17 | Gregory V Brown | Executive Board |
| 18 | Chris Cadelago | Executive Board |
| 19 | Jim Green | Executive Board |
| 20 | Ed Henderson | Executive Board |
| 21 | Shundra Brumfield | Executive Board |
| 22 | B. Allah | Executive Board |
| 23 | Jon Tuttle | Executive Board |

NOTICE OF FILING; [PROPOSED] ORDER
C 06-4668 VRW                                                          PAGE 3

| | | |
|---|---|---|
| 1 | Brenda Beasley | Executive Board |
| 2 | Kevin Wilson | Executive Board |
| 3 | Jason McDaniel | Executive Board |
| 4 | Kevin Conway | Executive Board |
| 5 | Bob Christiansen | Executive Board |
| 6 | Trevyn McCoy | Executive Board |
| 7 | Chauncie Howard | Executive Board |
| 8 | Justin Clark | Executive Board |
| 9 | George Galarza | Caucus & Convention Delegate |
| 10 | Melvin Mackay | Caucus & Convention Delegate |
| 11 | Trent Willis | Caucus & Convention Delegate |
| 12 | Michael Villeggiante | Caucus & Convention Delegate |
| 13 | Tommy Clark | Caucus & Convention Delegate |
| 14 | John Castanho | Caucus & Convention Delegate |
| 15 | Frank Gaskin | Caucus & Convention Delegate |
| 16 | Steve Fyten | Caucus & Convention Delegate |
| 17 | Dave Gonzales | Caucus & Convention Delegate |
| 18 | Clarence Thomas | Caucus & Convention Delegate |

IT IS SO ORDERED.

DATED: April 10, 2008

HON. VAUGHN R. WALKER
CHIEF

*IT IS SO ORDERED* — Judge Vaughn R Walker, United States District Court, Northern District of California